In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situate on the Northerly Side of Hunton Avenue and Westerly 511.70 Feet, More or Less, from Merrick Road in the Fourth Ward of the Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee and to direct payment of award granted. Order signed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application to Punish PHILIP A. RAYMOND for and as a Contempt under a Judgment in Favor of: THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP A. RAYMOND, Appellant, and Others, Defendants.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., Public Beach, etc. WEST TENTH STREET REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of BROOKLYN TRUST COMPANY to Render and Settle Its Account as Trustee of a Trust Created for the Benefit of CORNELIA B. JACKSON, in and by the Will of THEODORE F. JACKSON, Deceased. SAMUEL H. COOMBS, as Executor, etc., of CORNELIA B. JACKSON, Deceased, Appellant; BROOKLYN TRUST COMPANY, Trustee, Respondent. JOSEPH HENRY JACKSON and Others, Remaindermen, Respondents. FREDERICK W. TUCK, as Special Guardian, etc., of CHAUNCEY WINSLOW DEVEREAUX, an Infant, Respondent.— Motion for reargument of motion for substitution of party appellant denied, with ten dollars costs. Present — Hagarty, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., taking no part.

In the Matter of MARY PETERSON, a Child under the Age of Sixteen Years.— Motion granted. Hagarty, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that the court has no jurisdiction to entertain this appeal.

In the Matter of the Petition of MAX SILVERSTEIN to Render and Settle His Intermediate Account as Executor under the Last Will and Testament of HYMAN SHARFF, Deceased. ELIZABETH BULOGH KELLER and HANNAH AARON-FRIED and Others, Appellants; MONTEFIORE HOME FOR CHRONIC INVALIDS and Others, Respondents.— Motion to dismiss appeal of Elizabeth Bulogh Keller granted and appeal dismissed, without costs. Motion to dismiss appeal of Hannah Aaronfried and others granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of the WEBKAN HOLDING CORPORATION, Respondent, for a Certiorari Order against WILLIAM E. WALSH and Others, etc., Appellants.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ANNA KLARKIS, Appellant, v. JOSEPH KLARKIS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.